WILLIAM C. ATWATER et al., Respondents, *v.* ELKHORN VALLEY COAL-LAND COMPANY et al., Appellants, Impleaded with Another.

*Atwater* v. *Elkhorn Valley Coal-Land Co.*, 184 App. Div. 253, affirmed.

(Submitted October 14, 1919; decided November 18, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 17, 1918, modifying and affirming as modified a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action by minority stockholders of the Elkhorn Valley Coal-Land Company, a West Virginia corporation, to compel the presidents and secretaries of the company to account for moneys drawn as salaries from October, 1910, to October, 1916, claimed to have been both illegal and excessive.

*Joseph M. Gazzam* for appellants.
*Alfred H. Townley* and *Henry Siegrist* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.